Jennifer Gould, Esq.
Morgan & Morgan, P.A.
Oregon Bar No. 135855
1050 SW 6th Ave,
Portland, OR 97204
Tel.: (689) 219-2401
Email: jgould@forthepeople.com
Matthew R. Gunter, Esq.
(Pro Hac Vice Application Forthcoming)
FL Bar No. 0077459
20 N. Orange Ave., Ste. 1600
Orlando, FL 32801
Tel.: (407) 420-1414
Fax: (407) 867-4791
Email: MGunter@forthepeople.com
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **MICHAEL TRAD,** | Case No.: 3:25-cv-00731-AR |
| **Plaintiff,** | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **THE BOEING COMPANY,** | |
| **Defendant** / | |

    Plaintiff, MICHAEL TRAD ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice. pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

    Dated on this 15th day of May 2025.

                                           **MORGAN & MORGAN, P.A.**

                                           **s/ Jennifer Gould**
                                           Jennifer Gould, Esq.
                                           Morgan & Morgan, P.A.

        Oregon Bar No. 135855
        1050 SW 6th Ave,
        Portland, OR 97204
        Tel.: (689) 219-2401
        Email: jgould@forthepeople.com
        Matthew R. Gunter, Esq.
        (Pro Hac Vice Application Forthcoming)
        FL Bar No. 0077459
        20 N. Orange Ave., Ste. 1600
        Orlando, FL 32801
        Tel.: (407) 420-1414
        Fax: (407) 867-4791
        Email: MGunter@forthepeople.com
        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 15th day of May, 2025, which I understand will send notification of same to all counsel of record.

        *s/ Jennifer Gould*
        Jennifer Gould, Esq.